**Order entered October 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00401-CV

## LRF1 DALLAS LOGISTICS 1 LLC, Appellant

## V.

## CITY OF CARROLLTON AND BRETT KING, BUILDING OFFICIAL OF THE CITY, IN HIS OFFICIAL CAPACITY, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

### ORDER

We **REINSTATE** this appeal which we abated after the parties informed the Court they had settled, but the appeal could not be dismissed until certain terms of the agreement were satisfied. According to the parties at the time we abated the appeal, those certain terms were to be satisfied by October 15, 2020. Although more than ten days have passed since the terms were to be satisfied, the parties have not communicated with the Court.

Appellant's brief was due to be filed when we abated the appeal. Accordingly, we **ORDER** appellant to file either its brief or a motion to dismiss the appeal no later than November 30, 2020.

/s/    ERIN A. NOWELL
        JUSTICE